UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SARAH ELLZEY                      CIVIL ACTION NO. 2:22-cv-04477-JDC-KK

VERSUS

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss Case;

IT IS ORDERED that the above-entitled and numbered cause be, and the same is hereby dismissed, with prejudice, each party to bear its own costs.

THUS DONE AND SIGNED in Chambers this 28th day of January, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE